**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William F. Wiles Jr.<br>Barbara A. Wiles<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-24159 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    jwarmbrodt@kmllawgroup.com