Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William F. Wiles Jr.** | : | Case No. 14−24159−TPA |
| **Barbara A. Wiles** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 100 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/27/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

  *AND NOW,* this *The 25th of March, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 100 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before May 11, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **May 27, 2020 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*signature*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24159-TPA
William F. Wiles, Jr.                                                 Chapter 13
Barbara A. Wiles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: vson              Page 1 of 2           Date Rcvd: Mar 25, 2020
                              Form ID: 300b           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
```
db/jdb        +William F. Wiles, Jr.,   Barbara A. Wiles,   5272 Becky Drive,   Pittsburgh, PA 15236-2621
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr             Nissan Motor Acceptance Corporation,   P.O. Box 660366,   Dallas, TX  75266-0366
13940009     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,   PO Box 182676,   Columbus, OH 43218-2676)
13940004       Chase Home Finance,   Po Box 78420,   Phoenix, AZ 85062-8420
14048939      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13940005      +Clearview Federal Credit Union,   PO Box 71050,   Charlotte, NC 28272-1050
13940007       Duquesne Light,   PO Box 67,   Pittsburgh, PA 15267-0001
13940008       EDI Financial,   Po Box 36008,   Knoxville, TN 37930-6008
13992445      +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
               Knoxville, TN 37922-2359
14019033      +JPMorgan Chase Bank, National Association,   Chase Records Center,   ATTN: Correspondence Mail,
               Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14966669      +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
13940010     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan Motor Acceptance,   PO Box 371447,   Pittsburgh, PA 15250)
13970361       NIssan - Infiniti LT,   POB 660366,   Dallas, TX  75266-0366
13940011       Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
13940013       Peoples Gas,   PO Box 371820,   Pittsburgh, PA 15250-7820
14025034      +Peoples Natural Gas Company, LLC,   Equitable Gas Division,   375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866,   Attn: Dawn Lindner
13940014       Sears,   PO Box 6077,   Sioux Falls, SD 57117-6077
14044577       Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14348388      +E-mail/Text: bankruptcy@consumerportfolio.com Mar 26 2020 04:54:34
               CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13940001       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 05:09:39     Capital One,
               PO Box 71083,   Charlotte, NC 28272-1083
14050113      +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:38     Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14002763      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 04:45:59
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14006849      +E-mail/Text: csc.bankruptcy@amwater.com Mar 26 2020 04:56:00     Pa. American Water,
               PO Box 578,   Alton, IL 62002-0578
13940012       E-mail/Text: bankruptcynotices@psecu.com Mar 26 2020 04:55:20
               Pennsylvania State Employees FCU,   P.O. Box 67013,   Harrisburg, PA 17106-7013
14523216       E-mail/Text: bnc-quantum@quantum3group.com Mar 26 2020 04:52:46
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMorgan Chase Bank National Association
cr             MidFirst BAnk
cr*           +Consumer Portfolio Services, Inc.,   P.O. Box 57071,   Irvine, CA 92619-7071
cr*           +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
cr*            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13940002*      Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13940003*      Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13940006*     +Clearview Federal Credit Union,   PO Box 71050,   Charlotte, NC 28272-1050
13940015     ##Wells Fargo,   PO Box 660431,   Dallas, TX 75266-0431
                                                                              TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2                  User: vson                    Page 2 of 2                   Date Rcvd: Mar 25, 2020
                                      Form ID: 300b                 Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              James   Warmbrodt     on  behalf  of  Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt     on  behalf  of  Creditor    MidFirst BAnk bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf  of  Creditor    JPMorgan  Chase Bank National Association
               jschalk@barley.com,   sromig@barley.com
              Kenneth   Steidl    on behalf of Debtor William F. Wiles, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Barbara A. Wiles julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert  Shearer     on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 11
```