**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/12/20 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   WILLIAM F. WILES, JR.
   BARBARA A. WILES
       Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:14-24159 TPA

Chapter 13

Document No. 100

ORDER OF COURT

  AND NOW, this **12th** day of **May, 2020,** upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_____ vas
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24159-TPA
William F. Wiles, Jr.                                                   Chapter 13
Barbara A. Wiles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: nsha                  Page 1 of 2                  Date Rcvd: May 12, 2020
                                  Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
```
db/jdb         +William F. Wiles, Jr.,    Barbara A. Wiles,    5272 Becky Drive,    Pittsburgh, PA 15236-2621
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              Nissan Motor Acceptance Corporation,    P.O. Box 660366,    Dallas, TX  75266-0366
13940009       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Home Depot,    PO Box 182676,    Columbus, OH 43218-2676)
14048939       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13940005       +Clearview Federal Credit Union,    PO Box 71050,    Charlotte, NC 28272-1050
13940007        Duquense Light,    PO Box 67,    Pittsburgh, PA 15267-0001
13940008        EDI Financial,    Po Box 36008,    Knoxville, TN 37930-6008
13992445       +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
14966669       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13940010       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court:   Nissan Motor Acceptance,    PO Box 371447,    Pittsburgh, PA 15250)
13970361        NIssan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
13940011        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13940013        Peoples Gas,    PO Box 371820,    Pittsburgh, PA 15250-7820
14025034       +Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13940014        Sears,    PO Box 6077,    Sioux Falls, SD 57117-6077
14044577        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14348388       +E-mail/Text: bankruptcy@consumerportfolio.com May 13 2020 03:59:29
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13940001        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 04:00:37     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14050113       +E-mail/Text: kburkley@bernsteinlaw.com May 13 2020 03:59:55     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13940004        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 13 2020 04:00:35     Chase Home Finance,
                 Po Box 78420,    Phoenix, AZ 85062-8420
14019033        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 13 2020 04:00:38
                 JPMorgan Chase Bank, National Association,    Chase Records Center,    ATTN: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
14002763       +E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2020 04:00:44
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14006849       +E-mail/Text: csc.bankruptcy@amwater.com May 13 2020 04:00:01     Pa. American Water,
                 PO Box 578,    Alton, IL 62002-0578
13940012        E-mail/Text: bankruptcynotices@psecu.com May 13 2020 03:59:49
                 Pennsylvania State Employees FCU,    P.O. Box 67013,    Harrisburg, PA 17106-7013
14523216        E-mail/Text: bnc-quantum@quantum3group.com May 13 2020 03:59:02
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMorgan Chase Bank National Association
cr              MidFirst BAnk
cr*            +Consumer Portfolio Services, Inc.,    P.O. Box 57071,    Irvine, CA 92619-7071
cr*            +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13940002*       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13940003*       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13940006*      +Clearview Federal Credit Union,    PO Box 71050,    Charlotte, NC 28272-1050
13940015        ##Wells Fargo,    PO Box 660431,    Dallas, TX 75266-0431
                                                                                TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2                  User: nsha                    Page 2 of 2                    Date Rcvd: May 12, 2020
                                      Form ID: pdf900               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              James   Warmbrodt      on behalf of Creditor      MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt      on behalf of Creditor      MidFirst BAnk bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor      JPMorgan Chase Bank National Association
               jschalk@barley.com,   sromig@barley.com
              Kenneth   Steidl    on behalf of Debtor William F. Wiles, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Barbara A. Wiles julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert  Shearer     on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```